UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

KENNETH ADAMS d/b/a OCEAN VIEW MOTEL,
Plaintiff,

CA 07 244 T

v.

THE TOWN OF WESTERLY in its Corporate Capacity; THE WESTERLY TOWN COUNCIL in its Representative Capacity; THE WESTERLY BOARD OF LICENSES AND ITS MEMBERS, MARYLOU SERRA, JAMES A. ANGELO, JOSEPH J. IACOI, LEO P. TRAMBUKIS and LOUIS J. MASUCCI, in their Representative and Personal Capacities; BART FRASER, the Westerly Building Inspector, in his Representative and Individual Capacity; DONNA GIORDANO, in her Representative Capacity as Town Clerk; THE WESTERLY POLICE DEPARTMENT; EDWARD MELLO, Chief of the Westerly Police Department; LT. MARK WRIGHT; SGT. SHAWN LACEY; CORPORAL LAMB; DETECTIVE BAILEY; DETECTIVE ERNEST BAILEY; PATROLMAN CHRISTIAN T. FIORE; and OFFICER DAMIEN MADDOX, in their Individual Capacities,
Defendants

C.A. No.: _______

**NOTICE OF REMOVAL PURSUANT TO 28 U.S.C. § 1441(a)**

TO THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND:

The Defendant, the Town of Westerly respectfully petitions for removal of the above-entitled action to the United States District Court for the District of Rhode Island, Civil Section, from the Superior Court of the State of Rhode Island for Washington County. For its Notice of Removal, the Defendant states as follows:

1. The Defendant has been named by the Plaintiff, Kenneth Adams d/b/a Ocean View Motel, in a civil action filed in the Superior Court of the State of Rhode Island for Washington County, entitled Kenneth Adams d/b/a Ocean View Motel v. The Town of Westerly, et al., Civil

Action No. 07-358. On June 8, 2007, the Town of Westerly Town Clerk received a copy of a Summons and a copy of the Plaintiff's original Complaint. Upon information and belief service has not been obtained on any of the other Defendants. A copy of the Complaint is attached hereto as Exhibit A.

2. This is a suit of a wholly civil nature brought in a Rhode Island state court. The action is pending in the Superior Court of the State of Rhode Island for Washington County, and, accordingly, under 28 U.S.C. §§ 401 & 1441(a), the United States District Court for the District of Rhode Island is the proper forum for removal.

3. In this action, the Plaintiff alleges that the Defendants improperly denied his license to operate a motel in the Town of Westerly or took enforcement actions against the operation of the motel, which conduct purportedly constitutes an unconstitutional taking of property, a violation of due process or an illegal search and seizure under the United States Constitution. See, e.g., Pltf. Compl. ¶¶ 3, 5, 57, 58, 59, 79, 91. Because the Plaintiff seeks relief under federal law, the District Court has original jurisdiction of this action pursuant to 28 U.S.C. § 1331.

4. The Defendant is filing this Notice within 30 days of receipt of a copy of the Summons and original Complaint upon the Town of Westerly, Town Clerk, within 30 days of the date on which this case became removable, and within the time period for filing this petition. See, 28 U.S.C. § 1446.

5. The Defendants will file a Notice of Filing of this Notice of Removal and a copy of this Notice of Removal with the Clerk of the Superior Court of the State of Rhode Island for Washington County. In addition, the Defendants will submit to this Court certified or attested copies of all pleadings and other documents filed with the Superior Court in connection with this action.

6. Upon information and belief, none of the other Defendants: the Westerly Town Council; the Westerly Board of Licenses and its members, Marylou Serra, James A. Angelo, Joseph J. Iacoi, Leo P. Trambukis and Louis J. Masucci; Bart Fraser; Donna Giordano; the Westerly Police Department; Edward Mello; Lieutenant Mark Wright; Sergeant Shawn Lacey; Corporal Lamb; Detective Bailey; Detective Ernest Bailey; Patrolman Christian T. Fiore; and Officer Damien Maddox; to date have been served with a Summons and Complaint, or otherwise consented to waive service, and the Town of Westerly received its copy by mail.

WHEREFORE, the Defendant the Town of Westerly prays that the above action be removed from the Superior Court of the State of Rhode Island, Washington County, to this Court.

Respectfully submitted,

The Defendant,
THE TOWN OF WESTERLY,
By its attorneys,
**PIERCE, DAVIS & PERRITANO, LLP**

John J. Cloherty III, RI Bar No. 5068
Ten Winthrop Square
Boston, MA 02110
(617) 350-0950

Rhode Island Office:
128 Dorrance St., Suite 400
Providence RI 02903
(866) 896-4901

Dated: 6/28/07

CERTIFICATE OF SERVICE
I hereby certify that on this day a true copy of the above document was served upon each attorney of record, by mail/~~hand~~.

6/28/07
Date