STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
SUPERIOR COURT
CIVIL DOCKET SHEET

CA07-244T

Case ID: WC-2007-0358 KENNETH ADAMS V TOWN OF WESTERLY

Filing Date: 06-01-2007
Case Status: CLOSED DURING DISCOVERY

Case Type: INJUNCTIVE RELIEF
Status Date: 06-29-2007

| | |
|---|---|
| Plaintiff: KENNETH ADAMS<br>ID: @10908808 | Attorney: KEVEN MCKENNA |
| Plaintiff: OCEAN VIEW MOTEL<br>ID: @10908809 | Attorney: KEVEN MCKENNA |
| Defendant: TOWN OF WESTERLY<br>ID: WESTERLY | Attorney: GEORGE COMOLLI<br>Attorney: JOHN CLOHERTY |
| Defendant: WESTERLY POLICE DEPARTMENT<br>ID: RI00504 | Attorney: GEORGE COMOLLI |
| Defendant: BART FRASER<br>ID: @10908810 | Attorney: GEORGE COMOLLI |

## Scheduled Events

| Date | Event | Location | Judge |
|---|---|---|---|

## Prior Events

| Date | Event | Location | Judge |
|---|---|---|---|
| 06-11-2007 | MOTION FOR TEMP REST ORDER | W CRT2 | RUBINE |
| | CASE TAKEN UNDER ADVISEMENT | RUBINE,J-----MEMOS FILED----TOWN TO FURTHER BRIEF & COURT WILL CONSIDER CASE | |
| 06-29-2007 | BENCH DECISION | W CRT2 | RUBINE |
| | CASE REMVD TO US DISTRICT CT | | |

## Case Jacket

| Checked Out | Returned | Person | Comments/Text |
|---|---|---|---|

## Docket Entry Information

| Date | Description | Text |
|---|---|---|
| 06-01-2007 | AFFIDAVIT FILED | Affiliated: ADAMS, KENNETH |
| 06-01-2007 | ENTRY OF APPEARANCE | Affiliated: MCKENNA, KEVEN A |
| 06-01-2007 | COMPLAINT FILED | |
| 06-01-2007 | INITIAL FILING FEE | |
| 06-01-2007 | Payment Applied | A Payment of -$160.00 was made on receipt SCW35147. |
| 06-11-2007 | CASE TAKEN UNDER ADVISEMENT | RUBINE,J-----MEMOS FILED----TOWN TO FURTHER BRIEF & COURT WILL CONSIDER CASE |
| 06-11-2007 | AFFIDAVIT FILED | SUPPLEMENTARY<br>Affiliated: ADAMS, KENNETH |
| 06-11-2007 | OBJECTION FILED | TO MOT FOR TRO<br>Affiliated: TOWN OF WESTERLY |
| 06-11-2007 | STIPULATION FILED | LIMITED APPEARANCE OF GEORGE COMOLLI FOR HEARING ON 6/11 |
| 06-11-2007 | ANSWER FILED | TO COMPLAINT |

True Copy Attest
C. R. Chory
Offices of Clerk of Superior Court
County of Washington
Wakefield, Rhode Island

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS

SUPERIOR COURT

CIVIL DOCKET SHEET

Case ID: WC-2007-0358 KENNETH ADAMS V TOWN OF WESTERLY

| | | |
|---|---|---|
| | | Affiliated: TOWN OF WESTERLY |
| 06-12-2007 | MEMORANDUM FILED | IN SUPPORT OF TRO<br>Affiliated: ADAMS, KENNETH |
| 06-12-2007 | OTHER DOCUMENT | LEGAL APPENDIX<br>Affiliated: ADAMS, KENNETH |
| 06-12-2007 | MEMORANDUM FILED | RESPONSE MEMO TO WESTERLY DEFTS<br>Affiliated: ADAMS, KENNETH |
| 06-22-2007 | MEMO IN SUPPORT MOT TO DISMISS | & OBJ TO EMERGENCY RELIEF & TRO<br>Affiliated: TOWN OF WESTERLY |
| 06-22-2007 | ENTRY OF APPEARANCE | LIMITED ENTRY FOR TRO<br>Affiliated: COMOLLI, GEORGE A |
| 06-22-2007 | MOTION TO DISMISS | NO HEARING DATE REQUESTED<br>Affiliated: TOWN OF WESTERLY |
| 06-22-2007 | OBJECTION FILED | TO TRO<br>Affiliated: TOWN OF WESTERLY |
| 06-27-2007 | LETTER FILED | Affiliated: TOWN OF WESTERLY |
| 06-27-2007 | SUMMONS,PROOF OF SERVICE FILED | UPON TOWN OF WESTERLY------SERVED 6/8/07<br>Affiliated: ADAMS, KENNETH |
| 06-28-2007 | LETTER FILED | |
| 06-29-2007 | CASE REMVD TO US DISTRICT CT | |
| 06-29-2007 | OTH DOC FILED DURING DISCOV | |
| 06-29-2007 | CASE REMVD TO US DISTRICT CT | |
| 06-29-2007 | SUMMONS,PROOF OF SERVICE FILED | UPON ATTORNEY GENERAL RI--------SERVED ON 6/27/07<br>Affiliated: ADAMS, KENNETH |
| 06-29-2007 | NOTICE OF REMOVAL | TO U.S DISTRICT COURT----07-CV244<br>Affiliated: TOWN OF WESTERLY |
| 06-29-2007 | ENTRY OF APPEARANCE | LIMITED APPEARANCE<br>Affiliated: CLOHERTY, JOHN J |

True Copy Attest

C. R. Cl[illegible]

Offices of Clerk of Superior Court
County of Washington
Wakefield, Rhode Island