**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

KENNETH ADAMS d/b/a OCEAN VIEW MOTEL,
Plaintiff,

v.

THE TOWN OF WESTERLY in its Corporate Capacity; THE WESTERLY TOWN COUNCIL in its Representative Capacity; THE WESTERLY BOARD OF LICENSES AND ITS MEMBERS, MARYLOU SERRA, JAMES A. ANGELO, JOSEPH J. IACOI, LEO P. TRAMBUKIS and LOUIS J. MASUCCI, in their Representative and Personal Capacities; BART FRASER, the Westerly Building Inspector, in his Representative and Individual Capacity; DONNA GIORDANO, in her Representative Capacity as Town Clerk; THE WESTERLY POLICE DEPARTMENT; EDWARD MELLO, Chief of the Westerly Police Department; LT. MARK WRIGHT; SGT. SHAWN LACEY; CORPORAL LAMB; DETECTIVE BAILEY; DETECTIVE ERNEST BAILEY; PATROLMAN CHRISTIAN T. FIORE; and OFFICER DAMIEN MADDOX, in their Individual Capacities,
Defendants.

**CA07-244T**

**MOTION TO COMPEL PLAINTIFF'S ANSWERS TO INTERROGATORIES AND RESPONSE TO REQUEST FOR PRODUCTION OF DOCUMENTS PROPOUNDED BY DEFENDANT TOWN OF WESTERLY**

Defendant Town of Westerly hereby moves, pursuant to Fed. R. Civ. P. 37(a)(2), that this Court order the Plaintiff, to provide Answers to Interrogatories and a Response to Request for Production of Documents submitted in Defendant's Rules 33 and 34 requests and that such answers and responses be produced within 30 days from granting this Motion. In support of this Motion, the Defendant states:

1. On January 8, 2008, pursuant to Rules 33 and 34, Defendant Town of Westerly served upon Kenneth Adams:

(a) Town of Westerly's First Set of Interrogatories to be Answered by the Plaintiff; and

(b) Town of Westerly's First Request for the Production of Documents to the Plaintiff.

2. These discovery requests were served upon the Plaintiff via his counsel of record, Keven A. McKenna, Esq. True and accurate copies of these requests are attached hereto as Exhibits "A" and "B".

3. Pursuant to Rule 33, the Plaintiff, Kenneth Adams, had thirty (30) days to provide answers to the Interrogatories.

4. The thirty-day period permitted by Rule 33 has expired, yet the Plaintiff, Kenneth Adams, has failed to file written Answers to Interrogatories.

5. Pursuant to Rule 34, the Plaintiff had thirty (30) days to provide responses to the document requests.

6. The thirty-day period permitted by Rule 34 has expired, yet the Plaintiff, Kenneth Adams, has failed to provide a response to the Defendant Town of Westerly's, request for documents.

7. The information requested in said discovery requests is properly subject to discovery within the scope of Rules 26(b), 33 and 34, and is described with reasonable particularity.

8. The Plaintiff, Kenneth Adams, has failed to file or apply for a protective order with respect to said discovery requests.

9. The undersigned counsel hereby certified that prior to bringing this Motion, he "has in good faith conferred or attempted to confer with the . . . party failing to

make the discovery in an effort to secure the information or material without court action." See Fed. R. Civ. P. 37(a)(2)(B).

10. As evidence of these efforts, please see the accompanying correspondence from defense counsel dated February 8, 2008 and April 22, 2008, as well as opposing counsel's correspondence dated April 23, 2008 (attached hereto as Exhibit C). Defense counsel has also left several telephone messages for plaintiff's counsel.

WHEREFORE, the Defendant Town of Westerly requests an order compelling the Plaintiff, Kenneth Adams, to answer the interrogatories and respond to the requests for production of documents within 30 days of granting this Motion.

Respectfully submitted,

The Defendants,
TOWN OF WESTERLY,
By its attorneys,

**PIERCE, DAVIS & PERRITANO, LLP**

/s/ John J. Cloherty III

John J. Cloherty III, BBO No. 566522
Ten Winthrop Square
Boston, MA 02110
(617) 350-0950

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing, filed through the Electronic Case Filing System, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and that a paper copy shall be served upon those indicated as non-registered participants on April 30, 2008.

/s/ John J. Cloherty III

John J. Cloherty III