# EXHIBIT "C"

**PIERCE, DAVIS & PERRITANO, LLP**
COUNSELLORS AT LAW

Joel F. Pierce
John J. Davis *
Judith A. Perritano
John J. Cloherty III *
Daniel G. Skrip ♦
John R. Felice

Of counsel:
Gerald Fabiano
Adam Simms †

90 CANAL STREET
BOSTON, MA 02114-2018

TELEPHONE (617) 350-0950
FACSIMILE (617) 350-7760

Seth B. Barnett
Adam J. Combies *
Jason W. Crotty ▫
Sean T. Delaney
Mia B. Friedman
Kelly A. Holody
David C. Hunter †
Michael D. Leedberg •
Robert S. Ludlum †•
Allison A. MacLellan °
Michael S. Robertson
Timothy B. Sweetland

* also admitted in RI
♦ also admitted in PA
† also admitted in NY
• also admitted in CT
▫ also admitted in FL
° also admitted in IL

April 22, 2008

Keven A. McKenna, Esq.
Keven A. McKenna, P.C.
23 Acorn Street
Providence, RI 02903

Re: Kenneth Adams d/b/a Ocean View Motel v. Town of Westerly, et al.
U.S. District Court for the District of Rhode Island - C.A. No. 07-cv-244

Dear Attorney McKenna:

Please advise when we may expert to receive your client's discovery responses. Please accept this as a request to conduct an attorney conference concerning a discovery dispute pursuant to Fed. R. Civ. P. 37(a)(2). If I do not hear from you within one week, I will file a motion to compel responses.

Also, enclosed you will find a copy of our Notice of Taking Deposition of the Plaintiff.

Thank you for your attention to this matter.

Sincerely,

PIERCE, DAVIS & PERRITANO, LLP

John J. Cloherty III

JJC/mm
Enclosure

cc: Allied Court Reporters, Inc.

# KEVEN A. MCKENNA, P.C.
## ATTORNEYS AT LAW
## 23 ACORN STREET
## PROVIDENCE, RHODE ISLAND 02903

401-273-8200 401- 521-5820 (FAX) KevenM@McKennalaw.cc (Net)

Keven A. McKenna, Esq.

Of Counsel: John Grisham
Of Counsel: Richard H. James


April 23, 2008

John J. Cloherty, III
Pierce, Davis & Perritano, LLP
90 Canal Street
Boston, MA 02114-2018

**RE: Kenneth Adams d/b/a/ Ocean View Motel v. Town of Westerly**
**C.A. No.: 07-cv-244**

Dear Attorney Cloherty:

Thank you for your letter dated April 22, 2008. At present my client is working in Florida and I have not heard from him in a few months. Therefore, I am a little hesitant to commit to the date of Deposition. I will try to contact my client.

Thank you for your attention to this matter.

If you have any questions or concerns, please call the office.

Sincerely,

Keven A. McKenna, Esquire

**PIERCE, DAVIS & PERRITANO, LLP**
COUNSELLORS AT LAW

Joel F. Pierce
John J. Davis *
Judith A. Perritano
John J. Cloherty III *
Daniel G. Skrip ♦
John R. Felice

Of counsel:
Gerald Fabiano

TEN WINTHROP SQUARE
BOSTON, MA 02110-1211

TELEPHONE (617) 350-0950
FACSIMILE (617) 350-7760

Seth B. Barnett
Adam J. Combies *
Jason W. Crotty ▫
Sean T. Delaney
Mia B. Friedman
Kelly A. Holody
David C. Hunter †
Michael D. Leedberg •
Robert S. Ludlum †•
Allison A. MacLellan °
Michael S. Robertson
Adam Simms †
Timothy B. Sweetland

* also admitted in RI
♦ also admitted in PA
† also admitted in NY
• also admitted in CT
▫ also admitted in FL
° also admitted in IL

February 8, 2008

Keven A. McKenna, Esq.
Keven A. McKenna, P.C.
23 Acorn Street
Providence, RI 02903

Re: Kenneth Adams d/b/a Ocean View Motel v. Town of Westerly, et al.
U.S. District Court for the District of Rhode Island - C.A. No. 07-cv-244

Dear Attorney McKenna:

Upon receipt of this correspondence, please advise our office of the status of information concerning the pending DEM hearing decision upon plaintiff's application for approval of eight rooms for the existing septic system as discussed at the settlement conference.

Also, please advise us of the status of plaintiff's responses to our discovery requests.

Thank you.

Sincerely,

**PIERCE, DAVIS & PERRITANO, LLP**

John J. Cloherty III

JJC/mm

cc: Steven Hartford, Esq.
Daniel S. Morrison, Esq.