UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

KENNETH ADAMS d/b/a OCEAN VIEW MOTEL,
Plaintiff,

v.

THE TOWN OF WESTERLY in its Corporate Capacity; THE WESTERLY TOWN COUNCIL in its Representative Capacity; THE WESTERLY BOARD OF LICENSES AND ITS MEMBERS, MARYLOU SERRA, JAMES A. ANGELO, JOSEPH J. IACOI, LEO P. TRAMBUKIS and LOUIS J. MASUCCI, in their Representative and Personal Capacities; BART FRASER, the Westerly Building Inspector, in his Representative and Individual Capacity; DONNA GIORDANO, in her Representative Capacity as Town Clerk; THE WESTERLY POLICE DEPARTMENT; EDWARD MELLO, Chief of the Westerly Police Department; LT. MARK WRIGHT; SGT. SHAWN LACEY; CORPORAL LAMB; DETECTIVE BAILEY; DETECTIVE ERNEST BAILEY; PATROLMAN CHRISTIAN T. FIORE; and OFFICER DAMIEN MADDOX, in their Individual Capacities,
Defendants.

CA07-244T

**JOINT MOTION TO EXTEND DISCOVERY DEADLINE**

Parties jointly move this Court to extend the fact discovery deadline by one hundred and twenty (120) days, from June 6, 2008, to October 6, 2008 for the following reasons:

1. Discovery in this case was delayed by postponement of the Court-Ordered Settlement Conference.

2. Written discovery was obtained only after the filing of a Motion to Compel, necessitated in part by the part-time residence of plaintiff in the State of Florida.

3. The deposition of plaintiff has commenced but not concluded due to the nature of plaintiff's allegations encompassing nearly twenty years of permitting and enforcement activities concerning his property. The parties are presently scheduling the continued deposition.

4. Defense counsel was engaged at trial for over three weeks from June 3 through June 24, 2008, in a complex accounting malpractice action in Suffolk Superior Court, in

Boston, Massachusetts, in the matter of Southeastern v. KPMG, LLP, C.A. No. 03-03588.

5. Defense counsel is Court excused for the middle two weeks of August (weeks of August 11 and August 18) and thus unavailable to conduct discovery then.

6. The parties are cooperating in discovery and will make best efforts to complete the discovery by the new deadline.

7. All parties agree to this extension and no prejudice will result thereby.

**WHEREFORE**, the Parties jointly request that this Motion be allowed and that discovery be extended to October 6, 2008. The parties further request that the deadline for filing of summary judgment motions be similarly extended to twenty days beyond the discovery deadline.

Respectfully submitted,

The Plaintiff,
By his attorney,

/s/ Keven A. McKenna

Keven A. McKenna, R.I. Bar #662
Keven A. McKenna, P.C.
23 Acorn Street
Providence, RI 02903
(401) 273-8200

The Defendants,
By their attorneys,

/s/ John J. Cloherty III

John J. Cloherty III, R.I. Bar #5068
**PIERCE, DAVIS & PERRITANO, LLP**
90 Canal Street
Boston, MA 02114
(617) 350-0950

Rhode Island Office:
128 Dorrance St., Suite 400
Providence RI 02903

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing, filed through the Electronic Case Filing System, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and that a paper copy shall be served upon those indicated as non-registered participants on August 4, 2008.

/s/ John J. Cloherty III

John J. Cloherty III